**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JESSIE JAMES WHIGHAM, #999503

       Plaintiff,

vs.                                  CASE NO. 5:08cv28/RS-EMT

MS. DONNA and MS. THOMAS,

       Defendants.

_____/

**<u>ORDER</u>**

      Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 15) and Plaintiff's Motion Objections To The Court Order, Report and Recommendation [sic] (Doc. 16).  I have reviewed Plaintiff's objections *de novo*.

      **IT IS ORDERED:**

1.     The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated in this Order.

2.     This case is dismissed without prejudice.  If Plaintiff refiles this claim, his new complaint must be accompanied by full payment of the $350.00 filing fee.

3.     All pending motions are denied as moot.

4.     The clerk is directed to close the file.

**ORDERED** on May 1, 2008.


                       /S/ Richard Smoak_____
                       **RICHARD SMOAK
                       UNITED STATES DISTRICT JUDGE**